Virgil A. Iler, SBN 158460
Brooks L. Iler, SBN 99020
ILER & ILER, LLP
16516 Bernardo Center Drive, Suite 300
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

**Attorneys for Plaintiff, DAVID R. SWAN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID R. SWAN,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA; NORTHROP GRUMMAN CORPORATION'S LONG TERM DISABILITY PLAN**<br><br>            Defendants.<br>_____ | CASE NO. '15CV2479 WQHWVG<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>[29 U.S. Code Section 1132(a)(1)(B)] |

Plaintiff DAVID R. SWAN alleges:

1.   Plaintiff, DAVID R. SWAN, is an individual who resided in San Diego County, California, at the time of the benefit denial complained of herein.

2.   On or about May 1, 2006, plaintiff was employed in the County of San Diego, State of California, for Northrop Grumman Corporation, as an Computer Systems Analyst.

3. Defendant, NORTHROP GRUMMAN CORPORATION'S LONG TERM DISABILITY PLAN, was the group long term disability plan sponsored by Northrop Grumman Corporation.; benefits for the plan were funded through a group insurance policy purchased from and administered by defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, (hereafter referred to as "UNUM").

4. The employer-sponsored group disability insurance policy and the claim at issue in this action are governed by the Employee's Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.

5. On or about September 27, 2007, plaintiff became disabled within the definition of the insurance policy, and after completing the elimination period of 180 days, he received long term disability benefits up until they were denied by UNUM on February 23, 2015.

6. Plaintiff made a timely administrative appeal of this denial, which was subsequently denied by UNUM on or about October 1, 2015.

WHEREFOR, plaintiff prays judgment from the Court:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of life insurance premiums under the plan;

2. For past-due and future benefits accumulating at the rate of approximately $4,806.69 per month, less offset for Social Security Disability benefits received;

3. For reasonable attorney's fees;

4. For statutory interest;

5. For costs of suit herein;

6. For such other relief as the court deems proper.

Dated: 11/2/2015                    *s/ Virgil A. Iler*

　　　　　　　　　　　　　　　　 Virgil A. Iler, Attorney for Plaintiff

　　　　　　　　　　　　　　　　 DAVID R. SWAN